## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **THOMAS F. PRAZAN, individually and on behalf of all others similarly situated,** ) ) ) **Plaintiff,** ) ) **vs.** ) ) **ARCTIC GLACIER INCOME FUND, et al.,** ) ) **Defendants.** ) | **8:08CV247**<br><br>**ORDER** |

    Upon review of the parties' Stipulation [7], it appears that this action will be transferred to the Eastern District of Michigan by order of the Judicial Panel on Multidistrict Litigation[1].

    **IT IS ORDERED** that the Stipulation [7] is granted and approved, as follows:

    1.   Defendants' time to answer, move or otherwise plead in response to the Complaint is extended until 45 days after the filing of a Consolidated Amended Complaint on behalf of a class of indirect purchasers, or whatever other deadline is set by the transferee court.

    2.   The defendants' entry into this stipulation shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process as to this action.

    **DATED July 10, 2008.**

                                            **BY THE COURT:**

                                            s/ F.A. Gossett
                                            **United States Magistrate Judge**

---

[1] MDL No. 1952, In Re: Packaged Ice Antitrust Litigation.