Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PACKAGED ICE ANTITRUST LITIGATION            MDL No. 1952

(SEE ATTACHED SCHEDULE)    8:08CV247

## CONDITIONAL TRANSFER ORDER (CTO-2)

On June 5, 2008, the Panel transferred 25 civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.2d ___ (J.P.M.L. 2008). Since that time, 19 additional actions have been transferred to the Eastern District of Michigan. With the consent of that court, all such actions have been assigned to the Honorable Paul D. Borman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Borman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of June 5, 2008, and, with the consent of that court, assigned to the Honorable Paul D. Borman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

AUG 07 2008

OFFICE OF THE CLERK

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: PACKAGED ICE ANTITRUST LITIGATION        MDL No. 1952

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**      **CASE CAPTION**

ARIZONA
AZ   2   08-843   Tommy Williams v. Arctic Glacier Income Fund, et al.

CALIFORNIA NORTHERN
CAN  3   08-3177   3PO Gas, Inc., etc. v. Reddy Ice Holdings, Inc., et al.

MINNESOTA
MN   0   08-1271   Kopilenko International Wines & Liquors, Inc., etc. v. Reddy Ice Holdings, Inc., et al.
MN   0   08-1387   House of Faith, Inc. v. Arctic Glacier Income Fund, et al.
MN   0   08-1388   Kingsway Enterprises, Inc. v. Arctic Glacier Income Fund, et al.

NEBRASKA
NE   8   08-247   Thomas F. Prazan v. Arctic Glacier International, Inc., et al.

TENNESSEE MIDDLE
TNM  3   08-458   Marcellino E. Bryant, et al. v. Arctic Glacier Income Fund, et al.

WISCONSIN EASTERN
WIE  2   08-400   James Taylor, et al. v. Arctic Glacier Income Fund, et al.

IN RE: PACKAGED ICE ANTITRUST LITIGATION                    MDL No. 1952

## INVOLVED COUNSEL LIST (CTO-2)

Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ LLP
10 East 40th Street
22nd Floor
New York, NY 10016

Artic Glacier California
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Steven A. Asher
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103

David H. Bamberger
DLA PIPER US LLP
500 8th Street, N.W.
Washington, DC 20004

Barry C. Barnett
SUSMAN GODFREY LLP
901 Main Street
Suite 5100
Dallas, TX 75202-3775

Charles F. Barrett
BARRETT & ASSOCIATES PA
6518 Highway 100
Suite 210
Nashville, TN 37205

Don Barrett
LAW OFFICE OF RICHARD R BARRETT PLLC
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street
Suite E-1250
St. Paul, MN 55101

Jarod Michael Bona
DLA PIPER US LLP
90 South Seventh Street
Suite 5100
Minneapolis, MN 55402

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

John L. Cates
GINGRAS CATES & LUEBKE SC
8150 Excelsior Drive
Madison, WI 53717

Bryan L. Clobes
CAFFERTY FAUCHER LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103

Jay S. Cohen
SPECTOR ROSEMAN & KODROFF PC
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Gene Michael Cullan
2390 East Camelback Road
Suite 105
Phoenix, AZ 85016

Larry D. Drury
LARRY D DRURY LTD
205 West Randolph Street
Suite 1430
Chicago, IL 60606

Vincent J. Esades
HEINS MILLS & OLSON PLC
310 Clifton Avenue
Minneapolis, MN 55403

**MDL No. 1952 - Involved Counsel List (CTO-2) (Continued)**

John Charles Evans
SPECTER SPECTER EVANS & MANOGUE PC
Koppers Bulding
436 Seventh Avenue
26th Floor
Pittsburgh, PA 15219

Natalie Finkelman-Bennett
SHEPHERD FINKELMAN MILLER & SHAH LLC
35 East State Street
Media, PA 19063

Jeffrey B. Gittleman
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Joseph Goldberg
FREEDMAN BOYD HOLLANDER GOLDBERG
& IVES PA
20 First Plaza
Suite 700
Albuquerque, NM 87102

Ruthanne Gordon
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103-6365

Joshua H. Grabar
BOLOGNESE & ASSOCIATES LLC
Two Penn Center Plaza
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102

Roger B. Greenberg
SCHWARTZ JUNELL GREENBERG &
OATHOUT LLP
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
608 Second Avenue, South
650 Northstar East
Minneapolis, MN 55402

Melissa B. Hirst
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Laura Michelle Kam
DLA PIPER US LLP
2415 East Camelback Road
Suite 700
Phoenix, AZ 85029-4245

Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022

Alan L. Kildow
DLA PIPER US LLP
90 South Seventh Street
Suite 5100
Minneapolis, MN 55402

Jason S. Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Joseph Jeffrey Landen
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Fort Mitchell, KY 41017

Roberta D. Liebenberg
FINE KAPLAN & BLACK RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

**MDL No. 1952 - Involved Counsel List (CTO-2) (Continued)**

Sanford M. Litvack
HOGAN & HARTSON LLP
875 Third Avenue
Suite 2600
New York, NY 10022

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Mark A. Maasch
TURNER & MAASCH
550 West C Street
Suite 1150
San Diego, CA 92101-8582

John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

Daniel Jay Mogin
MOGIN LAW FIRM PC
110 Juniper Street
San Diego, CA 92101-1502

James R. Nelson
DLA PIPER US LLP
1717 Main Street
Suite 4600
Dallas, TX 75201-4629

Martha J. Olijnyk
MILLER LAW FIRM
300 Miller Building
950 West University Drive
Rochester, MI 48307

Joseph M. Patane
LAW OFFICES OF JOSEPH M PATANE
2280 Union Street
San Francisco, CA 94123

Ralph K. Phalen
LAW OFFICES OF RALPH K PHALEN PC
1000 Broadway
Suite 400
Kansas City, MO 64105

John B. Pinney
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street, Suite 1900
P.O. Box 6464
Cincinnati, OH 45201

Michael A. Roberts
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street, Suite 1900
P.O. Box 6464
Cincinnati, OH 45201

Hollis L. Salzman
LABATON SUCHAROW LLP
140 Broadway, 33rd Floor
New York, NY 10005

Alexander M. Schack
LAW OFFICES OF ALEXANDER M SCHACK
16870 West Bernardo Drive
Suite 400
San Diego, CA 92127

Richard J. Schicker
LAW OFFICES OF RICHARD J SCHICKER
1623 Farnam Street
Suite 550
Omaha, NE 68102-2106

Daniel B. Scott
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Howard J. Sedran
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

**MDL No. 1952 - Involved Counsel List (CTO-2) (Continued)**

Jonathan Shub
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102

Heidi M. Silton
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Eric J. Stock
HOGAN & HARTSON LLP
875 Third Avenue
Suite 2600
New York, NY 10022

Rachna B. Sullivan
FREDRIKSON & BYRON PA
200 South 6th Street
Suite 4000
Minneapolis, MN 55402-1425

Larry R. Veselka
SMYSER KAPLAN & VESELKA
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002

Richard S. Wayne
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
4th Floor
Cincinnati, OH 45202-4018

Ann D. White
ANN D WHITE LAW OFFICE PC
101 Greenwood Avenue
Fifth Floor
Jenkintown, PA 19046

Charles P. Yezbak, III
YEZBAK LAW OFFICES
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

Kendall S. Zylstra
FARUQI & FARUQI
2600 Philmont Avenue
Suite 324
Huntingdon Valley, PA 19006

IN RE: PACKAGED ICE ANTITRUST LITIGATION                                  MDL No. 1952

## INVOLVED JUDGES LIST (CTO-2)

Hon. Laurie Smith Camp
U.S. District Judge
United States District Court
3210 Roman L. Hruska United States Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
15-6588 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Rudolph T. Randa
Chief Judge, U.S. District Court
310 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Roslyn O. Silver
U.S. District Judge
624 Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2146

Hon. Thomas A. Wiseman, Jr.
Senior U.S. District Judge
777 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3813

IN RE: PACKAGED ICE ANTITRUST LITIGATION                          MDL No. 1952

## INVOLVED CLERKS LIST (CTO-2)

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Jon W. Sanfilippo, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202